UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| E.W., a minor child, by BOBBY WILLIAMS and LUCY WILLIAMS, his Parents, and his Next Friends, and individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) ) | **JUDGMENT** <br><br> No. 5:09-CV-198-FL |
| WAKE COUNTY BOARD OF EDUCATION; WAKE COUNTY PUBLIC SCHOOL SYSTEM; DR. ADELPHOS JOHN (DEL) BURNS, SUPERINTENDENT, in his official capacity and individually; MARK WILLIAM HOLLEY, PRINCIPAL OF FUQUAY-VARINA MIDDLE SCHOOL, in his official capacity and individually; MAX NATHISON, Assistant Principal, in his official capacity and individually; CASSIE BRICKER, TEACHER, in her official capacity and individually; and KENDRICK SCOTT, Security Investigator for Wake County Public Schools, in his official capacity and individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of Defendants' Motion for Summary Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 11, 2011, for the reasons set forth more specifically therein, that Defendants' Motion for Summary Judgment is granted. The Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 12, 2011, and Copies To:**

Janet Knight Ledbetter (via CM/ECF Notice of Electronic Filing)
Christine Scheef (via CM/ECF Notice of Electronic Filing)
Jonathan A. Blumberg (via CM/ECF Notice of Electronic Filing)


April 12, 2011                  DENNIS P. IAVARONE, CLERK
                                              /s/ Susan W. Tripp
                                           (By) Susan W. Tripp, Deputy Clerk